# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 7, 2023

Lyle W. Cayce
Clerk

No. 20-40155

VIRTUAL CHART SOLUTIONS I, INCORPORATED,

*Plaintiff—Appellant*,

*versus*

SURGICAL NOTES, INCORPORATED; SURGICAL NOTES MDP, L.P.; SURGICAL NOTES GP, L.L.C.; SURGICAL NOTES RCM, L.L.C.; MRI CENTERS OF TEXAS, L.L.C.,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:17-CV-546

Before KING, JONES, and DUNCAN, *Circuit Judges*.

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.